IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY CARLSON, et al.,              )<br>                                                       )<br>               Plaintiffs,             )<br>                                                       )<br>      v.                                            )<br>                                                       )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,          )<br>                                                       )<br>               Defendants.           ) | 8:08-cv-00324-LSC-FG3<br><br>ORDER |
| MARLIN LUSTGRAAF,               )<br>                                                       )<br>               Plaintiff,                )<br>                                                       )<br>      v.                                            )<br>                                                       )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,          )<br>                                                       )<br>               Defendants.           ) | 8:08-cv-00335-LSC-FG3<br><br>ORDER |
| MARILYN KATZ, et al.,              )<br>                                                       )<br>               Plaintiffs,             )<br>                                                       )<br>      v.                                            )<br>                                                       )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,          )<br>                                                       )<br>               Defendants.           ) | 8:08-cv-00347-LSC-FG3<br><br>ORDER |
| JEAN POOLE, et al.,                   )<br>                                                       )<br>               Plaintiffs,             )<br>                                                       )<br>      v.                                            )<br>                                                       )<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,          )<br>                                                       )<br>               Defendants.           ) | 8:08-CV-00399-LSC-FG3<br><br>ORDER |

| | |
|---|---|
| SHARON LOHRMAN, et al., )<br>)<br>          Plaintiffs, )<br>)<br>     v.                  )<br>)<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>          Defendants. ) | 8:08-CV-00422-LSC-FG3<br><br>ORDER |
| MILO VACANTI, )<br>)<br>          Plaintiff, )<br>)<br>     v.                  )<br>)<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>          Defendants. ) | 8:08-CV-00436-LSC-FG3<br><br>ORDER |
| WILLIAM GREEN, et al., )<br>)<br>          Plaintiffs, )<br>)<br>     v.                  )<br>)<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>          Defendants. ) | 8:09-CV-00013-LSC-FG3<br><br>ORDER |
| MILO VACANTI, )<br>)<br>          Plaintiff, )<br>)<br>    vs.                 )<br>)<br>SUNSET FINANCIAL SERVICES, INC., )<br>et al., )<br>)<br>          Defendants. ) | 8:09-CV-00044-LSC-FG3<br><br>ORDER |

**IT IS ORDERED** that plaintiffs' request for a Rule 16 conference is granted. The above-captioned cases are set for a consolidated planning conference to be held on **Friday, December 10, 2010 at 9:30 a.m.** The conference will be held by telephone conference call to be initiated by counsel for plaintiff, Marlin Lustgraaf.

**DATED November 24, 2010.**

                                             **BY THE COURT:**

                                             s/ F.A. Gossett, III
                                             **United States Magistrate Judge**